540

## 36088. WALKER v. THE STATE.

CARLISLE, J. Where, upon the trial of one charged with possessing non-tax-paid whisky, it appears from the evidence that one of the arresting officers found two pints of non-tax-paid whisky in a pair of overalls in a room where the accused was accustomed to sleep and that at the time of its discovery the defendant admitted to the officer that the non-tax-paid whisky belonged to him, a verdict finding the defendant guilty as charged, is authorized by the evidence, and it is not error for the trial court to deny a motion for a new trial in such a case based solely on the general grounds. *Bryant* v. *State,* 26 *Ga. App.* 611 (106 S. E. 797); *Lastinger* v. *State,* 84 *Ga. App.* 760, 762 (2) (67 S. E. 2d 411).

   *Judgment affirmed. Gardner, P. J., and Townsend, J., concur.*

DECIDED MARCH 14, 1956.

*Stafford R. Brooke,* for plaintiff in error.
*Erwin Mitchell, Solicitor-General,* contra.